IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL BURKS                                                                                       PLAINTIFF

V.                                              5:07CV00153-WRW

KIMBERLY BRIDGEFORD, et al                                                             DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint, without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 5th day of July, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE